UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELLYBEAN ENTERTAINMENT, INC., dba MAGICTV BOX,<br><br>Plaintiff,<br><br>vs.<br><br>USNILE LLC, et al.,<br><br>Defendants. | Case No. 13-CV-144-IEG (WMC)<br>**ORDER:**<br>• **DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE; AND**<br>[Doc. No. 15]<br>• **DENYING DEFENDANTS' MOTION TO STAY; AND**<br>[Doc. No. 27] |

Before the Court are Defendants' motion to dismiss and motion for stay of hearing on Plaintiff's motion for preliminary injunction. For the following reasons, both motions are **DENIED**.

## BACKGROUND

On January 17, 2013, Plaintiff filed a complaint alleging copyright infringement and related claims arising from Defendants' purported broadcasting and distribution of Arabic language television channels for which Plaintiff owns exclusive broadcast and distribution rights. [Doc. No. 1.] On March 22, 2013, Plaintiff filed a motion for a preliminary injunction. [Doc. No. 4.] On April 8, 2013, as Defendants had failed to answer or otherwise respond to the complaint, the Court entered default. [Doc. No. 12.]

On April 18, 2013, Defendants filed a motion to set aside default and a motion to dismiss. [Doc. Nos. 14, 15.] On May 13, 2013, the Court took Plaintiff's motion

for preliminary injunction under submission and vacated the hearing thereon. [Doc. No. 20.] On May 16, 2013, Defendants filed a motion to stay of hearing on preliminary injunction without obtaining a hearing date from chambers or properly moving *ex parte*. [Doc. No. 27.]

### DISCUSSION

### I.     Defendants' Motion to Dismiss

"The Clerk of Court's entry of default cuts off a defendant's right to appear in an action." *Transamerica Life Ins. Co. v. Shubin*, 2012 WL 5364645, at *2 (E.D. Cal. Oct. 31, 2012) (internal quotation omitted). "A defendant's remedy if a defendant wants to set aside default and defend an action . . . is for the defendant to file a motion to set aside entry of default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure." *Transamerica Life*, 2012 WL 5364645, at *2. Accordingly, "a party in default is generally precluded from participating in the case until the entry of default has been set aside." *Joe Hand Productions, Inc. v. Estrada*, 2011 WL 1232606, at *1 n.1 (E.D. Cal. March 31, 2011). Here, as it was filed after default, [*see* Doc. Nos. 12, 15], Defendants' motion to dismiss is precluded and thus **DENIED WITHOUT PREJUDICE**.

### II.    Defendants' Motion For Stay

Defendants move to stay the hearing on Plaintiff's motion for preliminary injunction "[p]ursuant to Fed. R. Civ. P. 62(b) until such time as the Court has issued its ruling on the Defendants' Motion to Dismiss." [Doc. No. 27 at 1.] The Court's ruling *supra* on Defendants' motion to dismiss renders moot Defendants' motion to stay. Moreover, Rule 62(b) pertains only to post-judgment motions and no judgment has been entered in this case. *See* Fed. R. Civ. P. 62(b). Accordingly, Defendants' motion to stay is **DENIED**.

**IT IS SO ORDERED.**

**DATED:** May 16, 2013

**IRMA E. GONZALEZ**
**United States District Judge**